# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MWABIRA SIMERA | * | Civil Action No. 22-920 |
| v. | * | |
| MORGAN STATE UNIVERSITY, *et al.* | * | |

## ORDER

The complaint filed by self-represented plaintiff Mwabira Simera on April 15, 2022, has been reviewed. While some additional defendants have been named, the complaint essentially reasserts the same claims, based on materially the same facts, as the complaint in *Simera v. Morgan State University, et al.*, CCB-21-440, which this court dismissed on February 24, 2022, on the grounds of res judicata. (*See* ECFs 44, 45 in CCB-21-440). That dismissal was affirmed by the Fourth Circuit. (ECF 51, Judgment).

Accordingly, it is hereby Ordered that:

1. This case is Dismissed without requiring service on the defendants;

2. The Clerk shall CLOSE this case; and

3. The Clerk shall send a copy of this Order to Mwabira Simera.


__7/19/22_____          ____/S/_____
Date                                   Catherine C. Blake
                                       United States District Judge